

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 2 6 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERNEST ANDERSON,<br><br>Defendant. | Case No. 2:23-cr-00386-TJH<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

The defendant having been arrested pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. ( X )  The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *nature of current allegations, including alleged commission of a new offense a short time after release from custody, that is, an alleged assault with a deadly weapon and failing to timely advise Probation of a change in address and associating with felons without permission of Prtobation; prior criminal history.*

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *nature of current allegations, including alleged commission of a new offense a short time after release from custody, that is, an alleged assault with a deadly weapon and failing to timely advise Probation of a change in address and associating with felons without permission of Prtobation; prior criminal history.*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: January 26, 2026 _____

_____
JOHN D. EARLY
United States Magistrate Judge

2